**BOUTIN JONES INC.**
Kelley M. Lincoln (SBN 221467)
Gabrielle D. Boutin (SBN 267308)
555 Capitol Mall, Suite 1500
Sacramento, CA  95814
Tel. (916) 321-4444
Fax (916) 441-7597

Attorneys for Defendants
Mohave County Absentee Landowners News, LLC;
California City Absentee Landowners News, LLC;
Mohave County Absentee Landowner News, LLC;
Patrick A. Donnelly's Vacant Property Owners News, LLC;
and Patrick A. Donnelly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| MOHAVE COUNTY LANDOWNER NEWS, INC., an Arizona corporation, dba CALIFORNIA CITY LANDOWNERS ASSOCIATION and dba MOHAVE COUNTY LANDOWNERS ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>MOHAVE COUNTY ABSENTEE LANDOWNERS NEWS, LLC, an Arizona limited liability company; CALIFORNIA CITY ABSENTEE LANDOWNERS NEWS, LLC, a California limited liability company; MOHAVE COUNTY ABSENTEE LANDOWNER NEWS LLC, a Florida limited liability company; RENO INVESTMENTS, INC., a Florida corporation; LANDOWNERS ASSOCIATION, LLC, a Florida limited liability company; PATRICK A. DONNELLY'S VACANT PROPERTY OWNERS NEWS, LLC; a Florida limited liability company; PATRICK A. DONNELLY, an individual; JAMES D. OWNBY, an individual; DOES 1 through 50,<br><br>          Defendants. | CASE NO.:  1:15-cv-00877---JLT<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>(Doc. 14) |

///

- 1 -
**STIPULATION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER**

717405.1

1  Plaintiff Mohave County Landowner News, Inc., an Arizona corporation, dba California City Landowners Association and dba Mohave County Landowners Association (hereinafter "Plaintiff") and Defendants Mohave County Absentee Landowners News, LLC; California City Absentee Landowners News, LLC; Mohave County Absentee Landowner News, LLC; Patrick A. Donnelly's Vacant Property Owners News, LLC; and Patrick A. Donnelly (hereinafter "Stipulating Defendants"), by and through their respective, undersigned counsel of record, stipulate and agree as follows:

   1. On June 19, 2015, Plaintiff served the Summons and the Amended Complaint in this action on Stipulating Defendants.

   2. Based on that date of service, absent stipulation, Stipulating Defendants have until July 10, 2015 to serve and file their response to the Amended Complaint.

   3. Due to time which was required for Stipulating Defendants' to retain California counsel and the complexity of this action, Stipulating Defendants require additional time to respond to the Amended Complaint.

   4. Plaintiff and Stipulating Defendants agree that the time by which Stipulating Defendants shall answer or otherwise respond to the Amended Complaint should be extended by fourteen (14) days, to and including July 24, 2015.

   **IT IS SO STIPULATED.**

Dated:  July 7, 2015                BOUTIN JONES INC.


                                    By:   */s/ Kelley M. Lincoln*_____
                                          Kelley M. Lincoln
                                          Gabrielle D. Boutin

                                    Attorneys for Defendants

                                    Mohave County Absentee Landowners News, LLC;
                                    California City Absentee Landowners News, LLC;
                                    Mohave County Absentee Landowner News, LLC;
                                    Patrick A. Donnelly's Vacant Property Owners News, LLC; and Patrick A. Donnelly

Dated:   July 7, 2015                              McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP

                                       By:        /s/  Devon R. McTeer_____
                                                   (as approved on July 7, 2015)

                                                   Marshall C. Whitney
                                                   Timothy J. Buchanan
                                                   Devon R. McTeer

                                                   Attorneys for Plaintiff

                                                   Mohave County Landowner News, Inc., an Arizona corporation, dba California City Landowners Association and dba Mohave County Landowners Association

**[PROPOSED] ORDER**

IT IS SO ORDERED.

   Dated:   **July 8, 2015**                       **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

- 3 -
**STIPULATION TO EXTEND THE TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER**

717405.1