UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAVE COUNTY LANDOWNER NEWS, INC., an Arizona corporation, dba CALIFORNIA CITY LANDOWNERS ASSOCIATION and dba MOHAVE COUNTY LANDOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MOHAVE COUNTY ABSENTEE LANDOWNERS NEWS, LLC, an Arizona limited liability company, CALIFORNIA CITY ABSENTEE LANDOWNERS NEWS, LLC, a California limited liability company; MOHAVE COUNTY ABSENTEE LANDOWNER NEWS LLC, a Florida limited liability company; RENO INVESTMENTS, INC., a Florida Corporation; LANDOWNERS ASSOCIATION, LLC, a Florida limited liability company; PATRICK A. DONNELLY'S VACANT PROPERTY OWNERS NEWS, LLC; a Florida limited liability company; PATRICK A. DONNELLY, an individual; JAMES D. OWNBY, an individual; DOES 1 through 50,<br><br>Defendants. | No.  1:15-cv-00877 KJM JLT<br><br>ORDER |

1

1         Upon the parties' Stipulated Motion for Entry of Permanent Injunction and
2 Dismissal with Prejudice of all claims alleged in the Complaint, the court having considered the
3 Stipulation, and for good cause, the court orders as follows:

4     A.    The parties' Stipulated Motion is hereby granted;

5     B.    Effective as of August 13, 2015, except as otherwise necessary or required to
6 comply with the terms of the parties' Settlement Agreement, defendants, and each of them, and
7 their owners, members, officers, employees, agents, or representatives of any kind, are
8 permanently enjoined as follows:

9         i.    Barred from all use, publication or dissemination of the name "Mohave
10 County Absentee Landowners News", "California City Absentee Landowners News", or any
11 names which are confusingly similar to Mohave County Landowner News, Inc., Mohave County
12 Landowners Association, or California City Landowners Association, or any of them;

13         ii.    Barred from all use, publication or dissemination of the name "Mohave
14 County Absentee Landowners News", "California City Absentee Landowners News", or any
15 names which are confusingly similar to Mohave County Landowner News, Inc., Mohave County
16 Landowners Association and California City Landowners Association, in any of Defendants'
17 business activities, including but not limited to, Defendants' newsletters, letterhead, advertising,
18 solicitations to the public, mailings, website, publications, postal/mailing activities, banking
19 activities, vendor accounts, representations to the public, social media profiles or posts;

20         iii.    Barred from use, registration, or renewal of domain names held in the
21 name of "Mohave County Absentee Landowners News," "California City Absentee Landowners
22 News," or any names which are confusingly similar to:

23         www.mohavecountylandowners.com,
24         www.mohavecountyabsenteelandownersnewsllc.com,
25         www.calcitylandowners.com,
26         www.californiacityabsenteelandownersnewsllc.com,
27         mohaveabsentees@yahoo.com, and
28         ccaln@calcitylandowners.com.

Defendants shall not use any existing websites or the email addresses,

www.mohavecountylandowners.com,

www.mohavecountyabsenteelandownersnewsllc.com,

www.calcitylandowners.com,

www.californiacityabsenteelandownersnewsllc.com,

mohaveabsentees@yahoo.com, and

ccaln@calcitylandowners.com

to re-direct the public to any other websites or email addresses belonging to Defendants.

   iv. Barred from the solicitation, acceptance, processing, and/or depositing of any monies which are tendered in the name of or intended to be paid by the payor to Plaintiff;

   v. Barred from the solicitation, acceptance, processing, and/or depositing of any monies which are tendered in the name of "Mohave County Absentee Landowners News", "California City Absentee Landowners News", or any names which are confusingly similar to Mohave County Landowner News, Inc., Mohave County Landowners Association, or California City Landowners Association;

   vi. The Defendants shall make all necessary changes to their business activities and operations, including but not limited to, banking, postal services, newsletter publication and dissemination, mail distribution and processing, and websites and other electronic media, changing and/or refraining from all use of the name "Mohave County Absentee Landowners News", "California City Absentee Landowners News", or any names which are confusingly similar to Mohave County Landowner News, Inc., Mohave County Landowners Association, or California City Landowners Association, with the States of Arizona, California, Florida and any other States in which Defendants do business, Better Business Bureau, post office boxes, bank accounts, and vendors and vendor accounts;

 C. Defendants Patrick A. Donnelly, California City Absentee Landowners News, LLC, Mohave County Absentee Landowners News, L.L.C. (Arizona),  Mohave County Absentee Landowner News, LLC (Florida) and Patrick A. Donnelly's Vacant Property Owners News, LLC (Arizona and Florida)  shall permanently remove all websites, email addresses, domain names

3

1  held in the name of "Mohave County Absentee Landowners News", "California City Absentee
2  Landowners News", or any names which are confusingly similar to:
3      www.mohavecountylandowners.com,
4      www.mohavecountyabsenteelandownersnewsllc.com,
5      www.calcitylandowners.com,
6      www.californiacityabsenteelandownersnewsllc.com,
7      mohaveabsentees@yahoo.com, and
8      ccaln@calcitylandowners.com,
9  and further shall work diligently to remove all internet marketing materials held in the name of
10 "Mohave County Absentee Landowners News", "California City Absentee Landowners News",
11 or any names which are confusingly similar to the names identified above in this paragraph.  All
12 Parties, including Plaintiff and all Defendants, shall comply with reasonable steps required by site
13 operators, ISOs and ISPs for the removal of the domain names and websites bearing the above-
14 defined class of names.
15     With the exception of the relief granted by this Permanent Injunction, all other
16 claims alleged in the Complaint shall be dismissed with prejudice, each party to bear its/his own
17 attorney's fees and costs.
18     IT IS SO ORDERED.
19 DATED:  September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE